# ELECTRONIC RECORD

COA # 14-14-00150-CR  OFFENSE: Poss With Intent to Deliver a Controlled Substance

STYLE: Jason B Jackson v The State of Texas  COUNTY: Harris

COA DISPOSITION: Affirmed  TRIAL COURT: 176th District Court

DATE: April 16, 2015  Publish: No  TC CASE #:1333636

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jason B Jackson v The State of Texas

CCA # _____

_____ *PRO SE* _____ Petition  CCA Disposition: **557-15**

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

_____ REFUSED _____  JUDGE: _____

DATE: ___ 09/16/2015 _____  SIGNED: _____  PC: _____

JUDGE: ___ Per Curiam _____  PUBLISH: _____  DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**